**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MAMADOU JOBE**                                              **CIVIL ACTION NO. 25-1391**

                                                             **SECTION P**

**VS.**

                                                             **JUDGE JERRY EDWARDS, JR.**

**BRIAN ACUNA, ET AL.**                              **MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mamadou Jobe's petition for habeas corpus is **GRANTED**: Respondents, including the warden of Pine Prairie Correctional Facility, shall (A) immediately release Petitioner from custody without bond under reasonable conditions of supervision to be established by an ICE deportation officer and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

---

[1] In other words, it is the intent of the Court that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.

IT IS FURTHER ORDERED that the Clerk is instructed to close this case.

THUS DONE in Chambers, this 18th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE